FILED
OCT 23 2014
DAVID CREWS, CLERK
BY_____ Deputy

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                      CRIMINAL NO. 4:14CR 138

TIKYE DESHAUN ISOM                                      21 USC § 841

## INDICTMENT

The Grand Jury charges that:

### Count One

On or about July 26, 2013, in the Northern District of Mississippi, TIKYE DESHAUN ISOM, defendant, did knowingly and intentionally distribute a mixture and substance containing cocaine base (crack cocaine), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

### Count Two

On or about August 5, 2013, in the Northern District of Mississippi, TIKYE DESHAUN ISOM, defendant, did knowingly and intentionally distribute a mixture and substance containing cocaine base (crack cocaine), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

### Forfeiture Provision

This Indictment charges TIKYE DESHAUN ISOM defendant, with violations of Title 21, United States Code, Sections 841(a)(1). Pursuant to Title 21, United States Code, Section 853, upon conviction of any said violations of the law, defendant shall forfeit to the United States (1) any property obtained, directly or indirectly, as the result of such violation(s), and (2) any of

his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

Further, if any of the property described as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of this Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant.

Should any of the property described above not be available for forfeiture, the United States of America will seek the entry of a personal money judgment against the defendant in an amount equal to the illegal proceeds obtained as result of the violations specified in this Indictment.

A TRUE BILL

First Ast. /s/ William C. _____ FAUSA
UNITED STATES ATTORNEY

/s/ Signature Redacted
FOREPERSON